IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Bennett, Katerine | Case Number: 05 B 63730 |
| | Judge: Wedoff, Eugene R |
| Printed: 10/22/08 | Filed: 12/2/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: August 21, 2008
Confirmed: May 18, 2006

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 12,921.15 | |
| Secured: | | 0.00 |
| Unsecured: | | 9,561.14 |
| Priority: | | 0.00 |
| Administrative: | | 2,605.20 |
| Trustee Fee: | | 676.25 |
| Other Funds: | | 78.56 |
| Totals: | 12,921.15 | 12,921.15 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Robert J Semrad & Associates | Administrative | 315.00 | 315.00 |
| 2. | Robert J Semrad & Associates | Administrative | 2,290.20 | 2,290.20 |
| 3. | Specialized Management Consultants | Unsecured | 343.74 | 0.00 |
| 4. | American Express | Unsecured | 2,342.10 | 615.59 |
| 5. | Capital One | Unsecured | 310.51 | 71.93 |
| 6. | American Express Travel Relate | Unsecured | 141.26 | 32.71 |
| 7. | American Express Centurion | Unsecured | 2,323.54 | 610.63 |
| 8. | B-Line LLC | Unsecured | 740.36 | 179.93 |
| 9. | American Express Travel Relate | Unsecured | 172.19 | 31.94 |
| 10. | Discover Financial Services | Unsecured | 2,227.08 | 585.31 |
| 11. | ECast Settlement Corp | Unsecured | 585.10 | 153.75 |
| 12. | RoundUp Funding LLC | Unsecured | 768.46 | 201.84 |
| 13. | ECast Settlement Corp | Unsecured | 2,800.33 | 736.02 |
| 14. | RoundUp Funding LLC | Unsecured | 3,436.51 | 903.22 |
| 15. | Midnight Velvet | Unsecured | 90.91 | 15.82 |
| 16. | U.S. Department Of Education | Unsecured | 19,787.23 | 5,200.64 |
| 17. | Premier Bankcard | Unsecured | 223.20 | 49.12 |
| 18. | Portfolio Recovery Associates | Unsecured | 710.67 | 172.69 |
| 19. | CitiMortgage Inc | Secured | | No Claim Filed |
| 20. | Beneficial | Unsecured | | No Claim Filed |
| 21. | BP/Citi | Unsecured | | No Claim Filed |
| 22. | Citgo Petroleum Corp | Unsecured | | No Claim Filed |
| 23. | BP/Citi | Unsecured | | No Claim Filed |
| 24. | Shell Credit Card | Unsecured | | No Claim Filed |
| 25. | Aspire Visa | Unsecured | | No Claim Filed |
| 26. | GEMB | Unsecured | | No Claim Filed |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**   Bennett, Katerine

Printed: 10/22/08

Case Number:  05 B 63730
Judge: Wedoff, Eugene R
Filed:  12/2/05

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 27. | GEMB | Unsecured | | No Claim Filed |
| 28. | GEMB | Unsecured | | No Claim Filed |
| 29. | Marshall Field & Company | Unsecured | | No Claim Filed |
| 30. | ShopNBC | Unsecured | | No Claim Filed |
| 31. | RMI/MCSI | Unsecured | | No Claim Filed |
| 32. | Express World Financial Network | Unsecured | | No Claim Filed |
| 33. | GEMB | Unsecured | | No Claim Filed |
| 34. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | $ 39,608.39 | $ 12,166.34 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5% | 180.59 |
| 4.8% | 127.85 |
| 5.4% | 289.99 |
| 6.5% | 77.82 |
| | $ 676.25 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

